FILED
2/27/18 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Todd A. Lauffenburger | ) | |
| Mary E. Lauffenburger, | ) | |
| *Debtors* | ) | Case No. 18-10117-TPA |
| | ) | Chapter 13 |
| Todd A. Lauffenburger | ) | |
| Mary E. Lauffenburger, | ) | |
| *Movants* | ) | Document No. 9 |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this __27th__ day of _____February_____, 2018, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Todd A. and Mary E. Lauffenburger are hereby granted an extension until March 12, 2018 to file a completed Chapter 13 petition and plan.   No further extensions will be granted.

_____
Honorable Thomas P. Agresti
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Todd A. Lauffenburger  
Mary E. Lauffenburger  
    Debtors

Case No. 18-10117-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 1      Date Rcvd: Feb 27, 2018  
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.  
db/jdb      +Todd A. Lauffenburger,    Mary E. Lauffenburger,    448 Cable Hollow Rd.,    Russell, PA 16345-4912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:  
     James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
      bkgroup@kmllawgroup.com  
     Kenneth M. Steinberg    on behalf of Joint Debtor Mary E. Lauffenburger  
      julie.steidl@steidl-steinberg.com,  
      kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
     Kenneth M. Steinberg    on behalf of Debtor Todd A. Lauffenburger  
      julie.steidl@steidl-steinberg.com,  
      kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                           TOTAL: 5