IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Todd A. Lauffenburger | ) | Case No. 18-10117 TPA |
| Mary E. Lauffenburger, | ) | Chapter 13 |
|    *Debtors* | ) | |
| | ) | Document No. WO-1 |
| Todd A. Lauffenburger, | ) | |
| Social Security No. XXX-XX-3071 | ) | Related to Docket No. 21 |
|    *Movant* | ) | |
| | ) | |
|      *vs.* | ) | |
| | ) | |
| Hillerich & Bradsby Co. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|    *Respondents* | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on March 23, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Todd & Mary Lauffenburger
448 Cable Hollow Road
Russell, Pa 16345

Hillerich & Bradsby Co.
Attn: Payroll Dept.
800 West Main Street
Louisville, KY 40202

Date of Service: March 23, 2018

/s/ Kenneth M. Steinberg
Kenneth Steinberg, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 31244