**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Todd A. Lauffenburger** | Social Security number or ITIN  xxx–xx–3071 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary E. Lauffenburger** | Social Security number or ITIN  xxx–xx–8385 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13  2/12/18 |
| Case number: | 18–10117–TPA | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Todd A. Lauffenburger | Mary E. Lauffenburger |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 448 Cable Hollow Rd.<br>Russell, PA 16345 | 448 Cable Hollow Road<br>Russell, PA 16345 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 3/23/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 24, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/25/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/23/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/13/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/24/18** at **01:00 PM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                 Case No. 18-10117-TPA
Todd A. Lauffenburger                                                  Chapter 13
Mary E. Lauffenburger
       Debtors                            CERTIFICATE OF NOTICE
District/off: 0315-1           User: mgut                  Page 1 of 2                  Date Rcvd: Mar 23, 2018
                               Form ID: 309I               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db/jdb        +Todd A. Lauffenburger,    Mary E. Lauffenburger,    448 Cable Hollow Rd.,
                Russell, PA 16345-4912
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
14794673       Bay City OrthoCare, LLC,    2313 Peach Street,    Erie, PA 16502-2822
14794674      +Bureau of Individual Taxes,    PO Box 280432,   Harrisburg, PA 17128-0432
14794675      +Bureau of Taxes,    Po Box 280432,   Harrisburg, PA 17128-0432
14794676      +Central Credit,    Po Box 735,   Sunbury, PA 17801-0735
14794678      +Coll Service Center,    P.O. Box 560,   New Kensington, PA 15068-0560
14794679      +Direct TV,    Po Box 5007,   Carol Stream, IL 60197-5007
14780775       GLHEC & Aff obo USAF,    PO Box 8961,   Madison WI 53708-8961
14772819      +Greater Lakes Higher Education,    PO Box 7860,   Madison, WI 53707-7860
14772820      +Key Map,    211 North Front Street,   PO Box 15206,    Harrisburg, PA 17105-5206
14772821      +Mr. Cooprer formerly Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14794681     ++NATIONAL FUEL GAS DISTRIBUTION CORPORATION,    ATTN BANKRUPTCY DEPT,    6363 MAIN STREET,
                WILLIAMSVILLE NY 14221-5887
              (address filed with court: National Fuel,    Po Box 371835,    Pittsburgh, PA 15250)
14794295      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,   Dallas, TX 75261-9096
14794682       Penelec,    PO Box 16001,   Reading, PA 19612-6001
14772822      +Pioneer Credit Recovery,    26 Edward Street,   Arcade, NY 14009-1012
14794684      +Quality Asset Recovery,    7 Foster Ave.,   Suite 101,    Gibbsboro, NJ 08026-1191
14794685      +Shellpoint,    c/o LVNV Funding LLC,   200 Meeting Street,    Suite 206,
                Charleston, SC 29401-3187
14772824      +Shellpoint Mortgage,    55 Beattie Place,   Suite 500,   Greenville, SC 29601-5116
14794686      +TransWorld Magazie,    Po Box 422108,   Palm Coast, FL 32142-2108
14794687      +Transworld Systems Inc.,    300 Cedar Ridge Dr.,   Suite 307,   Pittsburgh, PA 15205-1159
14794688      +Warren Medical Group,    2 Crescent Park,   Warren, PA 16365-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: julie.steidl@steidl-steinberg.com Mar 24 2018 01:27:45      Kenneth M. Steinberg,
                Steidl & Steinberg,    Suite 2830 Gulf Tower.,   707 Grant Street,    Pittsburgh, PA 15219
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2018 01:28:09      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 24 2018 01:28:12
                Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
14794677      +E-mail/Text: compliance@chaserec.com Mar 24 2018 01:28:42      Chase Receivable,    1247 Broadway,
                Sonoma, CA 95476-7503
14786150      +EDI: MID8.COM Mar 24 2018 05:28:00      MIDLAND FUNDING LLC,   PO BOX 2011,
                Warren MI 48090-2011
14794680      +EDI: MID8.COM Mar 24 2018 05:28:00      Midland Funding LLC,   2365 Northside Drive,   Suite 300,
                San Diego, CA 92108-2709
14794683      +E-mail/Text: blegal@phfa.org Mar 24 2018 01:28:14      PHFA-HEMAP,   211 North Front Street,
                PO Box 15206,    Harrisburg, PA 17105-5206
14784268      +EDI: DRIV.COM Mar 24 2018 05:28:00      SANTANDER CONSUMER USA,   P.O. Box 560284,
                Dallas, TX 75356-0284
14772823      +EDI: DRIV.COM Mar 24 2018 05:28:00      Santander,   PO Box 105255,    Atlanta, GA 30348-5255
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
14794689*     +Warren Medical Group,    2 Crescent Park,   Warren, PA 16365-2111
14794690*     +Warren Medical Group,    2 Crescent Park,   Warren, PA 16365-2111
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1          User: mgut              Page 2 of 2            Date Rcvd: Mar 23, 2018
                              Form ID: 309I           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kenneth M. Steinberg     on behalf of Joint Debtor Mary E. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Kenneth M. Steinberg     on behalf of Debtor Todd A. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5
```