Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Todd A. Lauffenburger**
**Mary E. Lauffenburger**
Debtor(s)

Bankruptcy Case No.: 18–10117–TPA
Per April 24, 2018 Proceeding
Chapter: 13
Docket No.: 29 – 22
Concil. Conf.: September 4, 2018 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 12, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 4, 2018 at 01:30 PM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H. Additional Terms: The secured claim of the following Creditors shall govern as to claim amount, to be paid at the modified plan terms: Santander Consumer USA (Claim No. 2); PHFA/HEMAP (Claim No. 5); LVNV (Claim No. 4).

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 26, 2018

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 18-10117-TPA
Todd A. Lauffenburger                                               Chapter 13
Mary E. Lauffenburger
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-1           User: jmar                Page 1 of 2               Date Rcvd: Apr 26, 2018
                               Form ID: 149              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2018.
db/jdb       +Todd A. Lauffenburger,    Mary E. Lauffenburger,    448 Cable Hollow Rd.,
               Russell, PA 16345-4912
14794673      Bay City OrthoCare, LLC,    2313 Peach Street,    Erie, PA 16502-2822
14794674     +Bureau of Individual Taxes,    PO Box 280432,    Harrisburg, PA 17128-0432
14794675     +Bureau of Taxes,    Po Box 280432,    Harrisburg, PA 17128-0432
14794676     +Central Credit,    Po Box 735,    Sunbury, PA 17801-0735
14794678     +Coll Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
14794679     +Direct TV,    Po Box 5007,   Carol Stream, IL 60197-5007
14816318     +FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. #1, Ste. 1-511,
               Holmdel, NJ 07733-1976
14780775      GLHEC & Aff obo USAF,    PO Box 8961,   Madison WI 53708-8961
14772819     +Greater Lakes Higher Education,    PO Box 7860,   Madison, WI 53707-7860
14772820     +Key Map,    211 North Front Street,    PO Box 15206,   Harrisburg, PA 17105-5206
14772821     +Mr. Cooprer formerly Nationstar Mortgage,    8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
14794681     ++NATIONAL FUEL GAS DISTRIBUTION CORPORATION,    ATTN BANKRUPTCY DEPT,    6363 MAIN STREET,
               WILLIAMSVILLE NY 14221-5887
              (address filed with court: National Fuel,    Po Box 371835,    Pittsburgh, PA 15250)
14794295     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14794682      Penelec,   PO Box 16001,    Reading, PA 19612-6001
14772822     +Pioneer Credit Recovery,    26 Edward Street,   Arcade, NY 14009-1012
14794684     +Quality Asset Recovery,    7 Foster Ave.,    Suite 101,   Gibbsboro, NJ 08026-1191
14784268     +SANTANDER CONSUMER USA,    P.O. Box 560284,   Dallas, TX 75356-0284
14772823     +Santander,    PO Box 105255,    Atlanta, GA 30348-5255
14794685     +Shellpoint,    c/o LVNV Funding LLC,    200 Meeting Street,    Suite 206,
               Charleston, SC 29401-3187
14772824     +Shellpoint Mortgage,    55 Beattie Place,    Suite 500,   Greenville, SC 29601-5116
14794686     +TransWorld Magazie,    Po Box 422108,   Palm Coast, FL 32142-2108
14794687     +Transworld Systems Inc.,    300 Cedar Ridge Dr.,    Suite 307,   Pittsburgh, PA 15205-1159
14812284      UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14794688     +Warren Medical Group,    2 Crescent Park,   Warren, PA 16365-2111
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14794677     +E-mail/Text: compliance@chaserec.com Apr 27 2018 01:48:34      Chase Receivable,   1247 Broadway,
               Sonoma, CA 95476-7503
14800684      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 27 2018 01:50:33      LVNV FUNDING, LLC,
               C/O SHELLPOINT MORTGAGE SERVICING,    PO BOX 10826,   GREENVILLE SC 29603-0826
14786150     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 27 2018 01:47:34      MIDLAND FUNDING LLC,
               PO BOX 2011,   Warren MI 48090-2011
14794680     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 27 2018 01:47:34      Midland Funding LLC,
               2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
14798692      E-mail/Text: blegal@phfa.org Apr 27 2018 01:47:39      PHFA/HEMAP,   211 NORTH FRONT ST,
               PO BOX 8029,   HARRISBURG, PA 17105
14794683     +E-mail/Text: blegal@phfa.org Apr 27 2018 01:47:39      PHFA-HEMAP,   211 North Front Street,
               PO Box 15206,   Harrisburg, PA 17105-5206
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
14794689*     +Warren Medical Group,    2 Crescent Park,   Warren, PA 16365-2111
14794690*     +Warren Medical Group,    2 Crescent Park,   Warren, PA 16365-2111
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: jmar                  Page 2 of 2                    Date Rcvd: Apr 26, 2018
                               Form ID: 149                Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2018 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Mary E. Lauffenburger
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Debtor Todd A. Lauffenburger
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```