**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 18-10117-TPA** |
| **Todd A. Lauffenburger** | ) | |
| **Mary E. Lauffenburger** | ) | |
| | ) | |
| **Debtor** | ) | Chapter 13 |
| | ) | Document No. _____ |
| | ) | Related to Document No. 29 |

### CONSENT ORDER MODIFYING APRIL 26, 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 26, 2018 it is

ORDERED that Part "1.H." be amended to add the following: The correct claim number for LVNV Funding, Inc. is Claim No. 6 (not Claim No. 4).

The April 26, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250 – U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13truteewdpa.com

/s/ Kenneth Steinberg
Kenneth Steinberg PA I.D. #31244
Attorney for debtors
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh PA 15219
412-391-8000
Julie.steidl@steidl-steinberg.com