FILED
5/24/18 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-10117-TPA |
| Todd A. Lauffenburger | ) | |
| Mary E. Lauffenburger | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | Document No. _____ |
| | ) | Related to Document No. 29 |

### CONSENT ORDER MODIFYING APRIL 26, 2018 ORDER

AND NOW, this ___24th___ day of _____May_____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 26, 2018 it is

ORDERED that Part "1.H." be amended to add the following: The correct claim number for LVNV Funding, Inc. is Claim No. 6 (not Claim No. 4).

The April 26, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____ vas
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250 – U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13truteewdpa.com

/s/ Kenneth Steinberg
Kenneth Steinberg PA I.D. #31244
Attorney for debtors
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh PA 15219
412-391-8000
Julie.steidl@steidl-steinberg.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10117-TPA
Todd A. Lauffenburger                                                   Chapter 13
Mary E. Lauffenburger
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: mgut              Page 1 of 2           Date Rcvd: May 25, 2018
                               Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
```
db/jdb         +Todd A. Lauffenburger,    Mary E. Lauffenburger,    448 Cable Hollow Rd.,
                 Russell, PA 16345-4912
14794673        Bay City OrthoCare, LLC,   2313 Peach Street,    Erie, PA 16502-2822
14794674       +Bureau of Individual Taxes,    PO Box 280432,    Harrisburg, PA 17128-0432
14794675       +Bureau of Taxes,    Po Box 280432,   Harrisburg, PA 17128-0432
14794676       +Central Credit,   Po Box 735,    Sunbury, PA 17801-0735
14794678       +Coll Service Center,    P.O. Box 560,   New Kensington, PA 15068-0560
14794679       +Direct TV,    Po Box 5007,   Carol Stream, IL 60197-5007
14816318       +FirstEnergy/Penelec,   101 Crawford's Corner Rd.,    Bldg. #1, Ste. 1-511,
                 Holmdel, NJ 07733-1976
14780775        GLHEC & Aff obo USAF,   PO Box 8961,   Madison WI 53708-8961
14772819       +Greater Lakes Higher Education,    PO Box 7860,   Madison, WI 53707-7860
14772820       +Key Map,    211 North Front Street,   PO Box 15206,   Harrisburg, PA 17105-5206
14772821       +Mr. Cooprer formerly Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14794681      ++NATIONAL FUEL GAS DISTRIBUTION CORPORATION,    ATTN BANKRUPTCY DEPT,   6363 MAIN STREET,
                 WILLIAMSVILLE NY 14221-5887
               (address filed with court:  National Fuel,    Po Box 371835,   Pittsburgh, PA 15250)
14794295       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,   Dallas, TX 75261-9096
14794682        Penelec,    PO Box 16001,   Reading, PA 19612-6001
14772822       +Pioneer Credit Recovery,    26 Edward Street,    Arcade, NY 14009-1012
14794684       +Quality Asset Recovery,    7 Foster Ave.,   Suite 101,   Gibbsboro, NJ 08026-1191
14784268       +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
14772823       +Santander,   PO Box 105255,    Atlanta, GA 30348-5255
14794685       +Shellpoint,    c/o LVNV Funding LLC,   200 Meeting Street,    Suite 206,
                 Charleston, SC 29401-3187
14772824       +Shellpoint Mortgage,    55 Beattie Place,    Suite 500,   Greenville, SC 29601-5116
14794686       +TransWorld Magazie,   Po Box 422108,    Palm Coast, FL 32142-2108
14794687       +Transworld Systems Inc.,   300 Cedar Ridge Dr.,    Suite 307,   Pittsburgh, PA 15205-1159
14812284        UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14794688       +Warren Medical Group,    2 Crescent Park,    Warren, PA 16365-2111
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14794677       +E-mail/Text: compliance@chaserec.com May 26 2018 01:39:21      Chase Receivable,   1247 Broadway,
                 Sonoma, CA 95476-7503
14800684        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2018 01:43:19      LVNV FUNDING, LLC,
                 C/O SHELLPOINT MORTGAGE SERVICING,   PO BOX 10826,   GREENVILLE SC 29603-0826
14786150       +E-mail/Text: bankruptcydpt@mcmcg.com May 26 2018 01:38:47      MIDLAND FUNDING LLC,
                 PO BOX 2011,   Warren MI 48090-2011
14794680       +E-mail/Text: bankruptcydpt@mcmcg.com May 26 2018 01:38:47      Midland Funding LLC,
                 2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
14798692        E-mail/Text: blegal@phfa.org May 26 2018 01:38:50     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
14794683       +E-mail/Text: blegal@phfa.org May 26 2018 01:38:49     PHFA-HEMAP,    211 North Front Street,
                 PO Box 15206,   Harrisburg, PA 17105-5206
                                                                                              TOTAL: 6
```
```
           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
14794689*      +Warren Medical Group,    2 Crescent Park,    Warren, PA 16365-2111
14794690*      +Warren Medical Group,    2 Crescent Park,    Warren, PA 16365-2111
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1                  User: mgut                    Page 2 of 2                  Date Rcvd: May 25, 2018
                                      Form ID: pdf900               Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Mary E. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Todd A. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```