**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-10117-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Todd A. Lauffenburger<br>448 Cable Hollow Rd.<br>Russell PA 16345 | Mary E. Lauffenburger<br>448 Cable Hollow Road<br>Russell PA 16345 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/29/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 | Select Portfolio Servicing, Inc.<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/31/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Todd A. Lauffenburger
Mary E. Lauffenburger
    Debtors

Case No. 18-10117-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Oct 29, 2019
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.
14794295      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:
      James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      Kenneth M. Steinberg   on behalf of Joint Debtor Mary E. Lauffenburger
       julie.steidl@steidl-steinberg.com,
       kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Kenneth M. Steinberg   on behalf of Debtor Todd A. Lauffenburger
       julie.steidl@steidl-steinberg.com,
       kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                        TOTAL: 5