FILED
6/16/20 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TODD A. LAUFFENBURGER | : | Case No. 18-10117-TPA |
| MARY E. LAUFFENBURGER, | : | Chapter 13 |
| *Debtors.* | : | |
| | : | Related to Doc. No. 45 |
| TODD A. LAUFFENBURGER | : | |
| MARY E. LAUFFENBURGER, | : | |
| *Movants* | : | |
| | : | |
| v. | : | |
| | : | |
| SELECT PORTFOLIO SERVICING, | : | Hearing: June 24, 2020 at 10:00 A.M. |
| INC. and RONDA J. WINNEROUR, | : | |
| *Respondents* | : | |

## ORDER

On June 24, 2020, a hearing on the Debtors' ***Motion for Permission to Use Insurance Proceeds to Repair Fire Damage to House*** (Doc. 45) and ***Response*** filed by the Trustee (Doc. 47) was originally scheduled to be held telephonically however the Court has now decided to convene the hearing via the ***Zoom Video Conference Application*** as described below.

***AND NOW***, this ***16th day of June, 2020***, for the reasons stated above, it is hereby ***ORDERED, ADJUDGED,*** and ***DECREED***:

(1)    The above described hearing was originally scheduled as a telephone conference but will now be held by the ***Zoom Video Conference Application***.

(2)    ***Appearances:***    All Attorneys and Parties must participate remotely by using the ***Zoom Video Conference Application*** (hereinafter "Zoom").

1

(3)    *Initializing Zoom Hearing:*    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.

(4)    *Zoom Hearing Attire:*    Appropriate professional courtroom attire is required for attorney attendance.

(5)    *Minimization of Noise Interference:*    One of the challenges the global health crisis has created is the need for many to conduct work out of informal workspaces which are often not protected from the ambient noises of life (for example, pets, other persons in the household, phone line interference, etc.). As a result, all Zoom participants must make a concerted effort to minimize all background noise. As part of this effort,

    (a)    All Zoom participants must mute their microphone even before connecting to the Zoom Hearing;

    (b)    Microphones are to remain muted unless actively speaking;

    (c)    Unless directly addressed by the Court, during the course of the Zoom Hearing, Counsel may indicate a desire to speak by "raising their hand" in the *Chat Feature* of the Zoom Hearing mode. Using this feature will send a notification to the Court and Counsel will be provided with an opportunity to address the Court. Counsel should familiarize themselves with the Chat Feature prior to the Hearing; and,

    (d)    In order to reduce the "echo effect," when speaking during the Zoom Hearing the participants shall reduce the volume of his/her microphone to the lowest level possible to allow the participant to reasonably participate in the Zoom Hearing.

(6) *Recording of Hearing:* Other than the Court, no party or hearing participant may record any part of the Hearing, whether by use of the Zoom recording capabilities, third-party applications, or by any other means.

(7) *Speed Tests*: Prior to the date of the Zoom Hearing, all hearing participants are directed to test their internet connection speed to ensure that it is at least 3 Mbps. Participants shall also test their ability to run Zoom using https://www.zoom.us/test. Counsel shall ensure that all witnesses have access to Zoom and have complied with their testing obligations prior to the Hearing.

(8) *Zoom Operating Instructions:* For the purpose of ensuring a smooth and efficient hearing, prior to the date of the Zoom Hearing all hearing participants (including counsel and witnesses) shall review the following information in order to familiarize themselves with the use of Zoom:

(a) *Hardware*: Zoom is compatible for use on mobile devices (such as a smartphone or tablet) as well as personal computer (laptop or desktop) which have camera and microphone function.

(b) *Installation/Update of Zoom*: To participate you need to install the Zoom app on your smartphone/tablet or install the Zoom software on a Windows or Mac laptop/desktop. If you already have Zoom installed on the device you are using for the Hearing, you must ensure the application is updated to the most recent version.



  (c) *Testing Your Device*: As stated above, all hearing participants are required to test their device compatibility with Zoom requirements prior to the date of the Hearing. Participants can test their ability to operate Zoom at https:www.zoom.us/test. Tests must be conducted on the same device that will be used to participate in the hearing.

  (d) *Using Zoom:* Using the device on which Zoom has been installed and tested, click on the link to the meeting.



For additional assistance using Zoom, please consult the Zoom "Help Center" at https://support.zoom.us/hc/en-us which offers "quick start guides" and video tutorials.

  (e) *Screen Mode:* Parties are expected to view the Hearing using the "Speaker View" mode.

  (9) *Zoom Exemption:* As previously noted, all participants in the Zoom Hearing shall participate via Zoom. However, upon appropriate cause shown, filed no later than Noon of *the day prior* to the Zoom Hearing, the Court may allow a one-time exemption and grant Counsel participation by telephonic means.

  (10) *Notice of this Order:* The Debtor shall *immediately* serve this Order on all interested Parties by U.S mail, fax, and direct email (separate from CM/ECF), as available, and immediately file a *certificate of service.*

           _____ vas
           Thomas P. Agresti, Judge
           United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                           Case No. 18-10117-TPA
Todd A. Lauffenburger                                                                            Chapter 13
Mary E. Lauffenburger
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut                   Page 1 of 1              Date Rcvd: Jun 16, 2020
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
db/jdb         +Todd A. Lauffenburger,   Mary E. Lauffenburger,   448 Cable Hollow Rd.,
                Russell, PA 16345-4912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Mary E. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Todd A. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6