## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 18-10117-TPA |
| | : | | |
| Todd A. Lauffenburger | : | Chapter: | 13 |
| Mary E. Lauffenburger | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/24/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** #45 Motion to Use Insurance Proceeds to Repair Fire Damage to House (Debtors)
  #47 Resp. by Tee
  #48 Resp. to Tee's Resp. by Debtors

**APPEARANCES:**
  Debtor: Kenneth M. Steinberg
  Trustee: Owen Katz

**NOTES:**

J. (10:09)

Steinberg: Some of the money will be used by the client. $25,000 isn't enough to complete the house. They will be doing a lot of the work.

Katz: Looking for an itemization.

**OUTCOME:** On or before 3 weeks Debtors to provide an itemization of how the funds are to be use.