FILED
6/26/20 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  TODD A. LAUFFENBURGER              :    Case No. 18-10117-TPA
  MARY E. LAUFFENBURGER,          :    Chapter 13
        *Debtors.*                         :
                                         :    Related to Doc. No. 45

  TODD A. LAUFFENBURGER              :
  MARY E. LAUFFENBURGER,          :
        *Movants*                         :
                                         :
           v.                            :
  SELECT PORTFOLIO SERVICING,    :
  INC. and RONDA J. WINNEROUR,    :
        *Respondents*                  :

## ORDER

On June 24, 2020, a hearing on the Debtors' ***Motion for Permission to Use Insurance Proceeds to Repair Fire Damage to House*** (Doc. 45) and ***Response*** filed by the Trustee (Doc. 47) was held. The Undersigned requires a detailed itemization as to the source of funds and a showing as to how the funds will be used. Therefore,

*AND NOW,* this **26ᵗʰ day of June, 2020**, for the reasons on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **on or before July 16, 2020,** Debtors' Counsel shall file a detailed itemization of the specific, line item source of all funds to be used and/or credited toward the home reconstruction as well as a line item description of the specific services to be performed, expenses to be paid and to whom the funds will be paid. Upon review, the Court will either issue a further Order on the matter or set up a telephonic conference with all counsel.

                                                                vas
                                        Thomas P. Agresti, Judge
                                        United States Bankruptcy Court

Case Administrator to serve:
Debtors
Kenneth M. Steinberg, Esq.
Ronda Winnecour, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-10117-TPA
Todd A. Lauffenburger                                                                   Chapter 13
Mary E. Lauffenburger
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: mgut    Page 1 of 1    Date Rcvd: Jun 26, 2020
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db/jdb        +Todd A. Lauffenburger,   Mary E. Lauffenburger,    448 Cable Hollow Rd.,
               Russell, PA 16345-4912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Mary E. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Todd A. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6