FILED
7/20/20 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Todd A. Lauffenburger ) | Case No. 18-10117 TPA |
| Mary E. Lauffenburger, ) | Chapter 13 |
|     Debtors ) | Related Docket No. 52 |
| ) | |
| Todd A. Lauffenburger ) | |
| Mary E. Lauffenburger, ) | |
|     Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| Select Portfolio Servicing Inc, Ronda J. ) | |
| Winnecour, Trustee, ) | |
|     Respondents ) | |

## ORDER OF COURT

AND NOW, to wit, this  20th  day of _____July_____, 2020 it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Todd and Mary Lauffenburger, are hereby allowed a partial distribution of the insurance proceeds from the fire damage to their house, said funds now being held by their mortgage holder, in the amount of $9,495.95. Said amount is to be paid directly to the contractors by their mortgage holder as set forth in the Motion and attached exhibits in the Motion.

_[signature]_
Honorable Thomas P. Agresti    jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-10117-TPA
Todd A. Lauffenburger                                                           Chapter 13
Mary E. Lauffenburger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: mgut              Page 1 of 1              Date Rcvd: Jul 20, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db/jdb         +Todd A. Lauffenburger,   Mary E. Lauffenburger,   448 Cable Hollow Rd.,
                 Russell, PA 16345-4912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Mary E. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Todd A. Lauffenburger
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6