Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Todd A. Lauffenburger**
**Mary E. Lauffenburger**
   Debtor(s)

Bankruptcy Case No.: 18−10117−TPA
Related to Docket No. 69
Chapter: 13
Docket No.: 70 − 69
Concil. Conf.: 3/16/21 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **February 19, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 12, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **3/16/21** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 5, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10117-TPA |
| Todd A. Lauffenburger | Chapter 13 |
| Mary E. Lauffenburger | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 3 |
| Date Rcvd: Jan 05, 2021 | Form ID: 213 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd A. Lauffenburger, Mary E. Lauffenburger, 448 Cable Hollow Rd., Russell, PA 16345-4912 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14794673 | | Bay City OrthoCare, LLC, 2313 Peach Street, Erie, PA 16502-2822 |
| 14794674 | + | Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14794675 | + | Bureau of Taxes, Po Box 280432, Harrisburg, PA 17128-0432 |
| 14794676 | #+ | Central Credit, Po Box 735, Sunbury, PA 17801-0735 |
| 14794678 | + | Coll Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14816318 | + | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14780775 | | GLHEC & Aff obo USAF, PO Box 8961, Madison WI 53708-8961 |
| 14772819 | + | Greater Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 14772820 | + | Key Map, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14772821 | + | Mr. Cooprer formerly Nationstar Mortgage, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14794681 | ++ | NATIONAL FUEL GAS DISTRIBUTION CORPORATION, ATTN BANKRUPTCY DEPT, 6363 MAIN STREET, WILLIAMSVILLE NY 14221-5887 address filed with court:, National Fuel, Po Box 371835, Pittsburgh, PA 15250 |
| 14794295 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14794682 | | Penelec, PO Box 16001, Reading, PA 19612-6001 |
| 14772822 | + | Pioneer Credit Recovery, 26 Edward Street, Arcade, NY 14009-1012 |
| 14794684 | + | Quality Asset Recovery, 7 Foster Ave., Suite 101, Gibbsboro, NJ 08026-1191 |
| 14784268 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14772823 | + | Santander, PO Box 105255, Atlanta, GA 30348-5255 |
| 14794685 | + | Shellpoint, c/o LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 14772824 | + | Shellpoint Mortgage, 55 Beattie Place, Suite 500, Greenville, SC 29601-5116 |
| 14794686 | + | TransWorld Magazie, Po Box 422108, Palm Coast, FL 32142-2108 |
| 14794687 | + | Transworld Systems Inc., 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 14812284 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14794688 | + | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |
| 15273591 | + | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14794677 | + | Email/Text: compliance@chaserec.com | Jan 06 2021 02:42:00 | Chase Receivable, 1247 Broadway, Sonoma, CA 95476-7503 |
| 14794679 | + | Email/Text: G06041@att.com | Jan 06 2021 02:42:00 | Direct TV, Po Box 5007, Carol Stream, IL 60197-5007 |
| 14800684 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 02:16:03 | LVNV FUNDING, LLC, C/O SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 14786150 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Jan 06 2021 02:41:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14794680 | + | Email/Text: bankruptcydpt@mcmcg.com |  |  |
|  |  |  | Jan 06 2021 02:41:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14798692 |  | Email/Text: blegal@phfa.org |  |  |
|  |  |  | Jan 06 2021 02:41:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14794683 | + | Email/Text: blegal@phfa.org |  |  |
|  |  |  | Jan 06 2021 02:41:00 | PHFA-HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 15147699 | + | Email/Text: jennifer.chacon@spservicing.com |  |  |
|  |  |  | Jan 06 2021 02:42:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr |  | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14794689 | *+ | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |
| 14794690 | *+ | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor SELECT PORTFOLIO SERVICING INC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Mary E. Lauffenburger julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Todd A. Lauffenburger julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 3 of 3 |
| Date Rcvd: Jan 05, 2021 | Form ID: 213 | Total Noticed: 34 |

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 6