IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Todd A. Lauffenburger | ) | Case No. 18-10117 TPA |
| Mary E. Lauffenburger | ) | Chapter 13 |
|    Debtors | ) | Related Docket No. 73 |
| | ) | |
| Todd A. Lauffenburger | ) | |
| Mary E. Lauffenburger | ) | |
|    Movants | ) | |
| | ) | |
| Vs. | ) | |
| PHFA/HEMAP, Santander Consumer USA, | ) | |
| Select Portfolio Servicing Inc., Wilmington | ) | |
| Savings Fund Society c/o Statebridge | ) | |
| Company LLC, Ronda J. Winnecour | ) | |
|    Respondents | | |

## CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND THE AMENDED PLAN AND PROOF OF PAYMENT

I, Leslie Nebel, certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 29, 2021..

The type of service made on the parties was Service by First-Class Mail.

If more than one method was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SEE ATTACHED MAILING MATRIX

EXECUTED ON: January 29, 2021

By:    /s/ Leslie Nebel
Leslie Nebel
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
412-391-8000
leslie.nebel@steidl-steinberg.com

PHFA/HEMAP
211 North Front Street
Harrisburg, PA  17105

PHFA/HEMAP
PO Box 8029
Harrisburg, PA  17105

Santander Consumer USA
PO Box 560284
Dallas, TX  75356

Select Portfolio Servicing Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT  84115

Wilmington Savings Fund Society
c/o Statebridge Company LLC
6061 S. Willow Drive, Suite 300
Greenwood Village, CO  80111

AND


EXECUTED ON:

Service by NEF:

Ronda J. Winnecour, Esquire Via: CCF/CM cmef@chapter13truteewdpa.com