Case 18-10117-TPA    Doc 81    Filed 03/17/21    Entered 03/17/21 16:29:25    Desc Main
Document    Page 1 of 2

FILED
3/17/21 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

        Debtor: Todd A. Lauffenburger
                 Mary E. Lauffenburger
  Case Number: 18-10117-TPA      (Chapter 13)
Date / Time / Room: 03/16/2021 10:00 am /Bankruptcy Courtroom
  Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**    #69 - Trustee's Certificate of Default to Dismiss
            #78 - Amended Plan dated 1/29/2021
            #75 - Resp. by Debtor

### Appearances:

Debtor: Steinberg
Trustee: Winnecour/ Katz / DeSimone  Warmbrodt
Creditor:

### Proceedings:

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _✓_ The plan payment/term is increased/extended to _60 mos_, effective _____.
7. ___ Plan/Motion continued to _____ at _____.
8. ___ An Amended Plan is to be served on allcreditors and certificate of service filed by
Objections aredue on or before _____.
A hearing on theAmended is set for _____ at _____.
9. _✓_ Other: Confirm

    COD resolved be attached order

### For Judge Agresti cases:

Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loandebt differs in any respect to that of the unsecured debt in the case, describesuch differences and reasons for disparate treatment:

LAUFFENBURGER
Debtor(s)

Case No. 18-10117 JAD/TPA/CMB/GLT

Chapter 13 Plan dated: 1-29-21

Issued per the 3/16/21 Proceeding

Next Hearing Date _____
& time

*The Parties, including the Debtor(s) and the Attorney for the Debtor(s), if any, hereby agree as follows:*

☐ (1) No Changes to standard confirmation order.

(2) Changes to the standard Confirmation Order as indicated

☐ A. For the remainder of the Plan Term, the Plan payment is amended to be $ _____ as of _____. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

☑ B. The length of the Plan is increased to a total of __60__ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. 506, disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. 507, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. _____ shall be paid monthly payments of $ _____ beginning with the Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the *third* distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the debtor(s) successfully objects to the claim:

PHFA CL 5 pd per plan, with interest on principal balance of $5,779.08 and 0% interest on balance of $63.00
SPS CL 4 w/ payment changes implemented

☑ H. Additional Terms:

☑ Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

Atty fees based on a retainer of $300