IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Todd A. Lauffenburger ) | Case No. 18-10117 TPA |
| Mary E. Lauffenburger ) | Chapter 13 |
|    Debtors ) | |
| ) | Related 87 Docket No. |
| Todd A. Lauffenburger ) | |
| Mary E. Lauffenburger ) | |
|    Movants ) | |
| ) | |
| Vs. ) | |
| Select Portfolio Servicing, Ronda J. ) | |
| Winnecour ) | |
|    Respondents ) | |

## ORDER OF COURT

AND NOW, to wit, this 15th day of April, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that the Order of Court dated April 12, 2021 dismissing the Debtors' Chapter 13 bankruptcy case is vacated so that the Debtors can respond the Notice of Mortgage Payment Change. The Debtors must respond to the Notice of Mortgage Payment Change no later than April 14, 2021

FURTHER ORDERED:

_____ J.
           asg
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                        Case No. 18-10117-TPA
Todd A. Lauffenburger                                                                          Chapter 13
Mary E. Lauffenburger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: mgut                                     Page 1 of 2
Date Rcvd: Apr 15, 2021                   Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

**Recip ID            Recipient Name and Address**
db/jdb                 +  Todd A. Lauffenburger, Mary E. Lauffenburger, 448 Cable Hollow Rd., Russell, PA 16345-4912

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2021                          Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

**Name                          Email Address**
Andrew M. Lubin
                                          on behalf of Creditor SELECT PORTFOLIO SERVICING  INC alubin@milsteadlaw.com, bkecf@milsteadlaw.com

Brian Nicholas
                                          on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Kenneth M. Steinberg
                                          on behalf of Joint Debtor Mary E. Lauffenburger julie.steidl@steidl-steinberg.com
                                          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
                                          on behalf of Debtor Todd A. Lauffenburger julie.steidl@steidl-steinberg.com
                                          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Leon P. Haller

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 2 of 2 |
| Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7