IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-10117 TPA |
| | : | Chapter 13 |
| Todd A. Lauffenburger | : | Related to Docket No. 108 |
| Mary E. Lauffenburger | : | |
|    *Debtors* | : | |
| | : | |
| Todd A. Lauffenburger | : | |
| Social Security No. XXX-XX-3071 | : | |
|    *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| Superior Tire & Rubber Corp. and Ronda J. | : | |
|  Winnecour | : | |
|    *Respondents* | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 12, 2022 a true and correct copy of the *Order to Pay Trustee, along with the Notification of Debtor's Social Security Number* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by FIrst Class U.S. Mail**

| | |
|---|---|
| Superior Tire & Rubber Corp. | Todd A. Lauffenburger |
| ATTN: Payroll Department | 448 Cable Hollow Road |
| 1818 Pennsylvania Avenue W | Russell, PA 16345 |
| Warren, PA  16365 | |

Date of Service: May 12, 2022       /s/ Christopher M. Frye
                                                Christopher M. Frye, Esquire
                                                Attorney for the Debtor
                                                STEIDL & STEINBERG
                                                Suite 2830, Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA 15219
                                                (412) 391-8000
                                                Chris.frye@steidl-steinberg.com
                                                PA I.D. No. 208402