# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

05/24/2022

IN RE:

TODD A. LAUFFENBURGER                          Case No.18-10117 TPA
MARY E. LAUFFENBURGER
448 CABLE HOLLOW ROAD                          Chapter 13
RUSSELL, PA 16345
XXX-XX-3071            Debtor(s)

XXX-XX-8385

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/24/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NATIONSTAR~MR COOPER/PRAE | |

| | | |
|---|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:4 | ACCOUNT NO.:  2021 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  PMT/DECL*BGN 3/18*DKT4PMT-LMT*FR NATIONSTAR-DOC 40*FR SPS-DOC 101 | |

| | | |
|---|---|---|
| **PHFA-HEMAP(*)** | Trustee Claim Number:3   INT %:  4.50% | CRED DESC:  MORTGAGE PAID IN FULL |
| ATTN: LOAN SERVICING | Court Claim Number:5 | ACCOUNT NO.:  3030 |
| PO BOX 15057 | | |
| | CLAIM:  5,779.08 | |
| HARRISBURG, PA  17105-5057 | COMMENT:  $/CNF-CL@4.5%/PL*W/27*5842.08@4.5%/PL | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA**** | Trustee Claim Number:4   INT %:  6.00% | CRED DESC:  VEHICLE |
| PO BOX 560284 | Court Claim Number:2 | ACCOUNT NO.:  1051 |
| | CLAIM:  17,300.00 | |
| DALLAS, TX  75356 | COMMENT:  W/25*$CL-PL@6%/PL | |

| | | |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O STATEBRIDGE COMPANY LLC | Court Claim Number:6 | ACCOUNT NO.:  8942 |
| 6061 SOUTH WILLOW DR STE 300 | | |
| | CLAIM:  2,970.51 | |
| GREENWOOD VILLAGE, CO  80111 | COMMENT:  $/CL-PL@0%/PL*FR LVNV-DOC 64 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| POB 10584 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0584 | COMMENT:  NT ADR~SHELLPOINT/SCH | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number: | ACCOUNT NO.: |
| STRAWBERRY SQ | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128 | COMMENT:  CLOSED OFF/OWK*NO YRS/SCH*NT PROV/PL | |

| | | |
|---|---|---|
| **BAY CITY ORTHO CARE** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2313 PEACH ST | Court Claim Number: | ACCOUNT NO.:  5055 |
| | CLAIM:  0.00 | |
| ERIE, PA  16502 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CENTRAL CREDIT** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 916 S 14TH ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17104 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CHASE RECEIVABLES** | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 755 BAYWOOD DR #208 | Court Claim Number: | ACCOUNT NO.:  7200 |
| | CLAIM:  0.00 | |
| PETALUMA, CA  94954-5508 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 560 | | |
| | CLAIM:  0.00 | |
| NEW KENSINGTON, PA  15068 | COMMENT: | |

| | | |
|---|---|---|
| **DIRECTV (*) - TRUSTEE PAYMENTS** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5008 | Court Claim Number: | ACCOUNT NO.:  9864 |
| | CLAIM:  0.00 | |
| CAROL STREAM, IL  60197-5008 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEN | Court Claim Number:3 | ACCOUNT NO.:  1224 |
| PO BOX 2011 | | |
| | CLAIM:  657.84 | |
| WARREN, MI  48090 | COMMENT:  8781/SCH*SHERMAN/CREDIT ONE | |

| | | |
|---|---|---|
| **NATIONAL FUEL GAS** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1100 STATE ST | Court Claim Number: | ACCOUNT NO.:  9508 |
| | CLAIM:  0.00 | |
| ERIE, PA  16501 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PENELEC/FIRST ENERGY*** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 101 CRAWFORDS CORNER RD BLDG #1 STE 1-5 | Court Claim Number:8 | ACCOUNT NO.:  1626 |
| PO BOX 367 | | |
| | CLAIM:  798.25 | |
| HOLMDEL, NJ  07733 | COMMENT:  0626/SCH | |

| | | |
|---|---|---|
| **PIONEER CREDIT RECOVERY** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 189 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ARCADE, NY  14009 | COMMENT:  NT ADR/SCH*CL @ 24 | |

| | | |
|---|---|---|
| **QUALITY ASSET RECOVERY** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 7 FOSTER AVE STE 101 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GIBBSBORO, NJ  08026 | COMMENT: | |

| | | |
|---|---|---|
| **TRANSWORLD MAGAZINE** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 422108 | Court Claim Number: | ACCOUNT NO.:  4900 |
| | CLAIM:  0.00 | |
| PALM COAST, FL  32142 | COMMENT: | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15618 | Court Claim Number: | ACCOUNT NO.:  3668 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR~COMMUNITY MEDICINE/SCH | |

| | | |
|---|---|---|
| **WARREN MEDICAL GROUP** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 68 | Court Claim Number: | ACCOUNT NO.:  0338 |
| | CLAIM:  0.00 | |
| WARREN, PA  16365 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WARREN MEDICAL GROUP** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 68 | Court Claim Number: | ACCOUNT NO.:  0338 |
| | CLAIM:  0.00 | |
| WARREN, PA  16365 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **WARREN MEDICAL GROUP** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 68 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, PA  16365 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **GREAT LAKES HIGHER ED CORP** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 7859 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MADISON, WI  53707-7859 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **GREAT LAKES HIGHER EDUCATION CORP O/B/C** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 809142 | Court Claim Number:1 | ACCOUNT NO.:  3071 |
| | CLAIM:  21,373.86 | |
| CHICAGO, IL  60680 | COMMENT:  SCH@16 | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA**\** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 560284 | Court Claim Number:2 | ACCOUNT NO.:  1051 |
| | CLAIM:  7,863.80 | |
| DALLAS, TX  75356 | COMMENT:  NO GEN UNS/SCH*W/4 | |

| | | |
|---|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORP - TRU** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:4 | ACCOUNT NO.:  2021 |
| PO BOX 65450 | CLAIM:  2,747.14 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  $/CL-PL*THRU 2/18*FR NATIONSTAR-DOC 40*FR SPS-DOC 101 | |

| | | |
|---|---|---|
| **PHFA-HEMAP(\*)** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| ATTN: LOAN SERVICING | Court Claim Number:5 | ACCOUNT NO.:  3030 |
| PO BOX 15057 | CLAIM:  63.00 | |
| HARRISBURG, PA  17105-5057 | COMMENT:  $CL5GOV@0%/CONF*NON % BEARING PORTION*W/3*NT PROV/PL | |

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:7 | ACCOUNT NO.:  8385 |
| PO BOX 1123 | CLAIM:  960.25 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |