**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  TODD A. LAUFFENBURGER<br>MARY E. LAUFFENBURGER<br>         Debtor(s)<br> Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>TODD A. LAUFFENBURGER<br>MARY E. LAUFFENBURGER<br><br>       Respondents | Case No. 18-10117CMB<br><br><br>Chapter 13<br><br><br>Document No. 123 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  17th  day of  March , 20 23, it is hereby ORDERED, ADJUDGED, and DECREED that,

Superior Tire & Rubber Corp
Attn: Payroll Department
1818 Pennsylvania Avenue W
Warren, PA 16365

is hereby ordered to immediately terminate the attachment of the wages of TODD A. LAUFFENBURGER, social security number XXX-XX-3071. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TODD A. LAUFFENBURGER.

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
United States Bankruptcy Judge

cc: Debtor(s)
    Debtor(s) Attorney

FILED
3/17/23 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10117-CMB |
| Todd A. Lauffenburger | Chapter 13 |
| Mary E. Lauffenburger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Todd A. Lauffenburger, 448 Cable Hollow Rd., Russell, PA 16345-4912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2023           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Mary E. Lauffenburger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Todd A. Lauffenburger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lorraine Gazzara Doyle | |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee ldoyle@logs.com, logsecf@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8