IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Todd A. Lauffenburger | ) | Case No. 18-10117 CMB |
| Mary E. Lauffenburger, | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Docket No. |
| | ) | |
| | ) | |
| Todd A. Lauffenburger | ) | |
| Mary E. Lauffenburger, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 7, 2023 at docket numbers 119 and 120, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Respectfully submitted,

March 2, 2023  
DATE

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
Attorney for the Debtor(s)  
STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
ken.steidl@steidl-steinberg.com  
PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**