IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Todd Lauffenburger ) | Case No. 18-10117 CMB |
| Mary Lauffenburger ) | |
|     Debtor ) | Chapter 13 |
| ) | |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | Related to:  Document No. 121 |
| ) | |
|     vs. ) | **ENTERED BY DEFAULT** |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Bay City Orthocare, Commonwealth of PA, ) | |
| Central Credit, Chase, Collection Service Center, ) | |
| Federal Home Loan Mortgage Corp., First Energy/ ) | |
| Penelec, GLHEC & Aff, Greater Lake Higher Edu., Key ) | |
| Map, LVNV Funding, Midland Funding, Mr. Cooper, ) | |
| National Fuel, NationStar Mortgage, PHFA-HEMAP, ) | |
| Penelec, PA Dept. of Revenue, Pioneer Credit ) | |
| Recovery, Quality Asset Recovery, Santander Consumer ) | |
| USA, SPS, Shellpoint, Transworld Magazine, ) | |
| Transworld Systems, UPMC Physician Services, Warren ) | |
| Medical Group, Wilmington Savings Fund ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this __29th__ day of __March__, 2023, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $5,830.00 for work performed in the Chapter 13 case by Debtors' counsel from January 24, 2018, to March 9, 2023.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $300.00

retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,700.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $9,830.00, with the total to be paid through the Plan by the Trustee being up to $9,530.00 (representing the $3,700.00 previously approved to be paid (as set forth above), $1,000.00 provided for in the Amended Plan dated April 13, 2021, (found at docket number 88) and confirmed by the Confirmation Order dated July 2, 2021 (found at docket number 99) and an amount up to $4,830.00 to be paid from the funds that the Chapter 13 Trustee has "on hand" before any Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $5,830.00

*/s/ Carlota M. Böhm*    glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
3/29/23 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10117-CMB |
| Todd A. Lauffenburger | Chapter 13 |
| Mary E. Lauffenburger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Todd A. Lauffenburger, Mary E. Lauffenburger, 448 Cable Hollow Rd., Russell, PA 16345-4912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Mary E. Lauffenburger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Todd A. Lauffenburger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lorraine Gazzara Doyle | |

District/off: 0315-1  User: auto  Page 2 of 2
Date Rcvd: Mar 29, 2023  Form ID: pdf900  Total Noticed: 1

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee ldoyle@logs.com, logsecf@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8