**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Todd A. Lauffenburger**
**Mary E. Lauffenburger**
Debtor(s)

Bankruptcy Case No.: 18−10117−CMB

Chapter: 13
Docket No.: 132 − 131

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/27/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Todd A. Lauffenburger  
Mary E. Lauffenburger  
    Debtors

Case No. 18-10117-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Apr 26, 2023      Form ID: 408v      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd A. Lauffenburger, Mary E. Lauffenburger, 448 Cable Hollow Rd., Russell, PA 16345-4912 |
| aty | | Lorraine Gazzara Doyle, Udren Law Office P.C., Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200 Cherry Hill, NJ 08003-3620 |
| 14794673 | | Bay City OrthoCare, LLC, 2313 Peach Street, Erie, PA 16502-2822 |
| 14794674 | + | Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14794675 | + | Bureau of Taxes, Po Box 280432, Harrisburg, PA 17128-0432 |
| 14794678 | + | Coll Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14816318 | + | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14780775 | | GLHEC & Aff obo USAF, PO Box 8961, Madison WI 53708-8961 |
| 14772820 | + | Key Map, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14772821 | + | Mr. Cooprer formerly Nationstar Mortgage, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14794681 | ++ | NATIONAL FUEL GAS DISTRIBUTION CORPORATION, ATTN BANKRUPTCY DEPT, 6363 MAIN STREET, WILLIAMSVILLE NY 14221-5887 address filed with court:, National Fuel, Po Box 371835, Pittsburgh, PA 15250 |
| 14794682 | | Penelec, PO Box 16001, Reading, PA 19612-6001 |
| 14772822 | + | Pioneer Credit Recovery, 26 Edward Street, Arcade, NY 14009-1012 |
| 14794684 | + | Quality Asset Recovery, 7 Foster Ave., Suite 101, Gibbsboro, NJ 08026-1191 |
| 14772824 | + | Shellpoint Mortgage, 55 Beattie Place, Suite 500, Greenville, SC 29601-5116 |
| 14794686 | + | TransWorld Magazie, Po Box 422108, Palm Coast, FL 32142-2108 |
| 14794687 | + | Transworld Systems Inc., 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 14794688 | + | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |
| 15273591 | | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115 |
| 14794677 | + | Email/Text: docs@chaserec.com | Apr 26 2023 23:50:00 | Chase Receivable, 1247 Broadway, Sonoma, CA 95476-7503 |
| 14794679 | + | Email/Text: G06041@att.com | Apr 26 2023 23:50:00 | Direct TV, Po Box 5007, Carol Stream, IL 60197-5007 |
| 15449368 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Federal Home Loan Mortgage Corporation, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. |

Case 18-10117-CMB    Doc 133    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 408v | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 65250, Salt Lake City, UT 84165-0250 |
| 14816318 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 26 2023 23:49:00 | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14772819 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 26 2023 23:49:00 | Greater Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 14800684 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:02 | LVNV FUNDING, LLC, C/O SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 14786150 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14794680 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14794295 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2023 23:49:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14798692 | | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14794683 | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | PHFA-HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14794682 | | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 26 2023 23:49:00 | Penelec, PO Box 16001, Reading, PA 19612-6001 |
| 14784268 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2023 23:50:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14772823 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2023 23:50:00 | Santander, PO Box 105255, Atlanta, GA 30348-5255 |
| 15147699 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14794685 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:24 | Shellpoint, c/o LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 14812284 | ^ | MEBN | Apr 26 2023 23:50:05 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14794689 | *+ | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |
| 14794690 | *+ | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |
| 14794676 | ##+ | Central Credit, Po Box 735, Sunbury, PA 17801-0735 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Mary E. Lauffenburger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Todd A. Lauffenburger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee ldoyle@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8