**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TODD A. LAUFFENBURGER<br>MARY E. LAUFFENBURGER<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>     vs.<br>No Respondents. | Case No.:18-10117<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/12/2018 and confirmed on 4/26/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,426.17 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 88,426.17 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,868.13 | |
|    Trustee Fee | 3,825.12 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,693.25 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 2021 | 0.00 | 35,841.85 | 0.00 | 35,841.85 |
| FEDERAL HOME LOAN MORTGAGE CORP<br>Acct: 2021 | 2,747.14 | 2,747.14 | 0.00 | 2,747.14 |
| SANTANDER CONSUMER USA<br>Acct: 1051 | 17,300.00 | 17,300.00 | 2,851.64 | 20,151.64 |
| PHFA-HEMAP(*)<br>Acct: 3030 | 5,779.08 | 5,779.08 | 683.49 | 6,462.57 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 8942 | 2,970.51 | 2,970.51 | 0.00 | 2,970.51 |
| PHFA-HEMAP(*)<br>Acct: 3030 | 63.00 | 63.00 | 0.00 | 63.00 |
| | | | | 68,236.71 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TODD A. LAUFFENBURGER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| KENNETH M STEINBERG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXX9/23 | 3,168.13 | 3,168.13 | 0.00 | 0.00 |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BAY CITY ORTHO CARE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5055 | | | | |
|   CENTRAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CHASE RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7200 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9864 | | | | |
|   MIDLAND FUNDING LLC | 657.84 | 197.35 | 0.00 | 197.35 |
| Acct: 1224 | | | | |
|   NATIONAL FUEL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9508 | | | | |
|   PENELEC/FIRST ENERGY** | 798.25 | 239.48 | 0.00 | 239.48 |
| Acct: 1626 | | | | |
|   PIONEER CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   TRANSWORLD MAGAZINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4900 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3668 | | | | |
|   WARREN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0338 | | | | |
|   WARREN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0338 | | | | |
|   WARREN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GREAT LAKES HIGHER EDUCATION CORP | 21,373.86 | 6,412.16 | 0.00 | 6,412.16 |
| Acct: 3071 | | | | |
|   SANTANDER CONSUMER USA | 7,863.80 | 2,359.14 | 0.00 | 2,359.14 |
| Acct: 1051 | | | | |
|   UPMC PHYSICIAN SERVICES | 960.25 | 288.08 | 0.00 | 288.08 |
| Acct: 8385 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,496.21 |

TOTAL PAID TO CREDITORS                                                      77,732.92

```
TOTAL CLAIMED
   PRIORITY              0.00
   SECURED          28,859.73
   UNSECURED        31,654.00
```

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    TODD A. LAUFFENBURGER
    MARY E. LAUFFENBURGER
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-10117

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                BY THE COURT:

                _____
                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Todd A. Lauffenburger  
Mary E. Lauffenburger  
    Debtors

Case No. 18-10117-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: Apr 26, 2023      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd A. Lauffenburger, Mary E. Lauffenburger, 448 Cable Hollow Rd., Russell, PA 16345-4912 |
| aty | | Lorraine Gazzara Doyle, Udren Law Office P.C., Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200 Cherry Hill, NJ 08003-3620 |
| 14794673 | | Bay City OrthoCare, LLC, 2313 Peach Street, Erie, PA 16502-2822 |
| 14794674 | + | Bureau of Individual Taxes, PO Box 280432, Harrisburg, PA 17128-0432 |
| 14794675 | + | Bureau of Taxes, Po Box 280432, Harrisburg, PA 17128-0432 |
| 14794678 | + | Coll Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14816318 | + | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14780775 | | GLHEC & Aff obo USAF, PO Box 8961, Madison WI 53708-8961 |
| 14772820 | + | Key Map, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14772821 | + | Mr. Cooprer formerly Nationstar Mortgage, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14794681 | ++ | NATIONAL FUEL GAS DISTRIBUTION CORPORATION, ATTN BANKRUPTCY DEPT, 6363 MAIN STREET, WILLIAMSVILLE NY 14221-5887 address filed with court:, National Fuel, Po Box 371835, Pittsburgh, PA 15250 |
| 14794682 | | Penelec, PO Box 16001, Reading, PA 19612-6001 |
| 14772822 | + | Pioneer Credit Recovery, 26 Edward Street, Arcade, NY 14009-1012 |
| 14794684 | + | Quality Asset Recovery, 7 Foster Ave., Suite 101, Gibbsboro, NJ 08026-1191 |
| 14772824 | + | Shellpoint Mortgage, 55 Beattie Place, Suite 500, Greenville, SC 29601-5116 |
| 14794686 | + | TransWorld Magazie, Po Box 422108, Palm Coast, FL 32142-2108 |
| 14794687 | + | Transworld Systems Inc., 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 14794688 | + | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |
| 15273591 | + | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115 |
| 14794677 | + | Email/Text: docs@chaserec.com | Apr 26 2023 23:50:00 | Chase Receivable, 1247 Broadway, Sonoma, CA 95476-7503 |
| 14794679 | + | Email/Text: G06041@att.com | Apr 26 2023 23:50:00 | Direct TV, Po Box 5007, Carol Stream, IL 60197-5007 |
| 15449368 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Federal Home Loan Mortgage Corporation, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 65250, Salt Lake City, UT 84165-0250 |
| 14816318 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 26 2023 23:49:00 | FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 14772819 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 26 2023 23:49:00 | Greater Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 14800684 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:08 | LVNV FUNDING, LLC, C/O SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 14786150 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14794680 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14794295 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2023 23:49:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14798692 | | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14794683 | + | Email/Text: blegal@phfa.org | Apr 26 2023 23:50:00 | PHFA-HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14794682 | | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 26 2023 23:49:00 | Penelec, PO Box 16001, Reading, PA 19612-6001 |
| 14784268 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2023 23:50:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14772823 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2023 23:50:00 | Santander, PO Box 105255, Atlanta, GA 30348-5255 |
| 15147699 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14794685 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:02 | Shellpoint, c/o LVNV Funding LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 14812284 | ^ | MEBN | Apr 26 2023 23:50:16 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| 14794689 | *+ | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |
| 14794690 | *+ | Warren Medical Group, 2 Crescent Park, Warren, PA 16365-2111 |
| 14794676 | ##+ | Central Credit, Po Box 735, Sunbury, PA 17801-0735 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023  Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Mary E. Lauffenburger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Todd A. Lauffenburger chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee ldoyle@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8